IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID WILLIAM PLATEK,** <br> [DOB: 07/28/1983], <br><br> Defendant. | No. 25-03076-01-CR-S-RK <br><br> **COUNTS 1-4** <br> 18 U.S.C. § 875(c) <br> (Communicating a Threat to Injure) <br> NMT 5 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class D Felony <br><br> $100 Special Assessment (per felony count of conviction) |

# **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

## **COUNT 1**

On or about December 9, 2024, said date being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **DAVID WILLIAM PLATEK**, transmitted in interstate and foreign commerce a communication, through the use of the Internet, to D.S., and the communication contained a threat to injure D.D. and members of D.D.'s family, knowing that the communication would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

## **COUNT 2**

On or about December 10, 2024, said date being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **DAVID WILLIAM PLATEK**, transmitted in interstate and foreign commerce a communication, through the use of the Internet, to D.S., and the communication contained a threat to injure D.D. and members of D.D.'s family,

knowing that the communication would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about December 11, 2024, said date being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **DAVID WILLIAM PLATEK**, transmitted in interstate and foreign commerce a communication, through the use of the Internet, to D.S. and D.D., and the communication contained a threat to injure D.D., knowing that the communication would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about December 16, 2024, said date being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **DAVID WILLIAM PLATEK**, transmitted in interstate and foreign commerce a communication, through the use of the Internet, to D.S., and the communication contained a threat to injure D.D. and school children located in San Luis Obispo County, California, knowing that the communication would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL,**

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/ Randall Eggert*
Randall D. Eggert
Assistant United States Attorney

DATED: *5/14/2025*