# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID WILLIAM PLATEK,<br><br>                Defendant. | Case No. 25-CR-03076-01-S-RK |

### *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **DAVID WILLIAM PLATEK (Inmate # 54508-511)**, is currently incarcerated at: **MDC LOS ANGELES, 535 N. ALAMEDA STREET, LOS ANGELES, CA 90012**.

                                                Respectfully submitted,

                                                Jeffrey P. Ray
                                                Acting United States Attorney

By:    */s/ Randall D. Eggert*
        Randall D. Eggert
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806-2511
        (417) 831-4406