# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:25-cr-03076-RK-1 |
| DAVID WILLIAM PLATEK, | ) ) ) |
| Defendant. | ) |

## ORDER

On July 14, 2025, Chief Magistrate Judge Willie J. Epps, Jr. issued his Report and Recommendation, (Doc. 22), concluding that the Court should deny Defendant David W. Platek's motions to transfer venue, (Docs. 6, 14). Defendant Platek filed an objection, (Doc. 23), and the United States filed a response, (Doc. 24).

Federal Rule of Criminal Procedure 59(a) authorizes the district court to "refer to a magistrate judge for determination any matter that does not dispose of a charge or defense." Pursuant to Rule 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." Under the Court's local rules, objections to a magistrate judge's report and recommendation must include "a written statement of appeal which *specifically identifies* the portions of the proposed findings, recommendations, or report to which objections are made *and the basis for such objections*." L.R. 74.1(b)(1) (emphasis added). Failure to properly supply timely written objections to a report and recommendation operates as waiver of "any issues which has been determined by the magistrate judge" and which the defendant "failed to present to the assigned district judge." L.R. 74.1(b)(5).

Here, Defendant's objection to Judge Epps' Report and Recommendation is generalized and vague, stating only that the Defendant "reasserts all previous arguments that have already been put forward" and that the Defendant "takes exceptions to the findings of the Chief Magistrate Judge, including the findings in regard to the various *Platt* factors." (Doc. 23.) "[S]uch a broad review of general and vague objections to the Magistrate's report and recommendations is inappropriate." *United States v. Vawter*, No. 6:13-cr-03123-MDH, 2014 WL 5438382, at *1 (W.D. Mo. Oct. 24, 2014) (rejecting broad *de novo* review of a report and recommendation and only

addressing "the specific objections furthered by Defendants"); *see United States v. Shepard*, No. 4:08CR00697 ERW, 2009 WL 2905946, at *1 (E.D. Mo. Sept. 8, 2009) (recognizing that the district court "need not conduct a *de novo* review" where a defendant only makes a "broad, general objection" to a report and recommendation).

Nevertheless, after an independent and de novo review, the Court accepts the findings and recommendations made by Chief Magistrate Judge Willie J. Epps, Jr. in full. Accordingly, the Court **ORDERS** that:

(1) the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr., (Doc. 22), is **ADOPTED**;

(2) Defendant's objection, (Doc. 23), is **OVERRULED**; and

(3) Defendant's motions to transfer venue, (Docs. 6, 14), are **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 18, 2025