# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 25-03076-01-CR-S-RK |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Comes now defendant, David Platek, by counsel Ian A. Lewis, and moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to remove this case from the scheduled trial docket and to continue this case until the December 1, 2025, trial docket.

## SUGGESTIONS IN SUPPORT

1.      Mr. Platek was charged in an Indictment on May 14, 2025.

2.      Undersigned counsel requires additional time to review discovery, conduct legal research, conduct investigation, meet with the Defendant, and prepare for trial.

3.      On this date, the government representative in this case, Randall Eggert, Assistant United States Attorney, indicated that the United States does not oppose a delay.

4.      Defendant has been informed of and agrees to the requested continuance.

5.      This continuance is not sought for purpose of dilatory delay, but is sought in truth and fact so that the defendant may fully investigate the case and adequately prepare for trial.

6.    In accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), it is submitted that a continuance outweighs the best interests of the public and the defendant to a speedy trial, which is required by 18 U.S.C. § 3161(c)(1).   Under the provisions of 18 U.S.C. § 3161(h)(8)(A), the period of time until the requested criminal trial docket setting should be excluded in computing the period of time in which the defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, defendant, David Platek, respectfully requests this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to continue this case until the December 1, 2025, trial docket, or to any other subsequent date which this Court deems appropriate.


Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

September 16, 2025


## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**

2