# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

|                           |   |                       |
|---------------------------|---|-----------------------|
| UNITED STATES OF AMERICA, | ) |                       |
|                           | ) |                       |
| Plaintiff,                | ) |                       |
|                           | ) |                       |
| vs.                       | ) | No. 6:25-cr-03076-RK  |
|                           | ) |                       |
| DAVID WILLIAM PLATEK,     | ) |                       |
|                           | ) |                       |
| Defendant.                | ) |                       |

## ENTRY OF APPEARANCE

Comes now Rebecca M. Abel, Deputy Federal Public Defender, and hereby enters

her appearance as counsel on behalf of Defendant, David William Platek, in the above-

entitled cause of action.

Respectfully submitted,

*/s/ Rebecca M. Abel*
**REBECCA M. ABEL (CA No. 298604/MO No. V2333)**
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2025, I electronically filed the
foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-
mail notification of such filing to all CM/ECF participants in this case.

*/s/ Rebecca M. Abel*
**REBECCA M. ABEL**