IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 6:25-cr-03076-RK-WJE |
| ) | |
| DAVID WILLIAM PLATEK, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE

Comes now Defendant, David William Platek, by counsel, James S. Threatt and Rebecca M. Abel, and moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to remove this case from the scheduled trial docket and to continue this case until the January 5, 2026, Joint Criminal Trial Docket.

## SUGGESTIONS IN SUPPORT

1. Defendant was originally charged by Complaint in the Central District of California on December 23, 2024.

2. An Indictment was returned in that district on January 28, 2025.

3. On July 22, 2025, the Indictment in the Central District of California was dismissed with prejudice.

4. Defendant was charged in an Indictment in the Western District of Missouri on May 14, 2025.

5. Defendant made his initial appearance in the Western District of Missouri on the current Indictment on August 25, 2025.

6. Defendant is detained pending trial.

7. Undersigned counsel filed their notices of appearance in the Western District of Missouri on October 20, 2025.

8. Undersigned counsel and Defendant do not desire a continuance. However, a continuance has been necessitated by the ongoing government shutdown and its effect on the ability of indigent defendants like Mr. Platek to present a defense. Among other things: (1) the United States Marshals Service does not have funding to pay for transportation and lodging of defense fact witnesses, none of which reside in this District but instead reside in California (where the case was originally charged) and elsewhere in the western United States; (2) the Office of the Federal Public Defender does not have funds to pay for expert witnesses, even those who have already been retained, including their time spent working on the case and their transportation and lodging to attend and testify at trial; and (3) the Office of the Federal Public Defender is presently not paying any of its employees, including lawyers and staff such as paralegals and investigators, and also does not have funding to pay for its employees to travel to the Western District of Missouri for trial.

9. For the above reasons, the ongoing government shutdown would prevent undersigned counsel from presenting any defense at trial should it proceed on the current date of December 1, 2025.

10. Undersigned counsel does <u>not</u> require additional time to review discovery, conduct legal research, conduct investigation, meet with the Defendant, and prepare for trial.

11. The government representatives in this case, Randall D. Eggert and Christine

Schlegl, Assistant United States Attorneys, indicated that the United States does not oppose a continuance.

12. Defendant has been informed of and understands he has no choice but to agree to a continuance if he wants to present any defense at trial.

13. In accordance with 18 U.S.C. § 3161(h)(7)(B)(i), failure to grant the requested continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. Under the provisions of 18 U.S.C. § 3161(h)(8)(A), the period of time until the requested criminal trial docket setting should be excluded in computing the period of time in which the defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, Defendant, David William Platek, respectfully requests this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to remove this case from its scheduled trial setting and to continue this case until the January 5, 2026, Joint Criminal Trial Docket.

Respectfully submitted,

*/s/ James S. Threatt*
**JAMES S. THREATT (CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL (CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

October 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ James S. Threatt*
**JAMES S. THREATT**