**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                      Plaintiff,

     v.                              Case No. 25-03076-01-CR-S-RK

DAVID WILLIAM PLATEK,

                      Defendant.

## MOTION TO FILE UNDER SEAL

The United States of America, by and through its undersigned attorneys, hereby moves the

Court for permission to file its reply to Defendant Motion to Suppress Evidence Obtained from

Search Warrant of Home. (D.E. 63.) under seal in the above-referenced matter.  The response in

question contains sensitive information not appropriate for publicly-filed documents and the public

filing of which could be detrimental to the ongoing investigation of the case.

                              Respectfully submitted,

                              R. MATTHEW PRICE
                              United States Attorney


        By:    */s/ Randall D. Eggert*
              RANDALL D. EGGERT
              Assistant United States Attorney
              901 St. Louis Street, Suite 500
              Springfield, Missouri 65806
              (417)831-1040

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on December 19, 2025, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                        /s/ Randall D. Eggert
                                        RANDALL D. EGGERT
                                        Assistant United States Attorney