IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>DAVID WILLIAM PLATEK,<br><br>                  Defendant. | Case No. 25-03076-01-CR-S-RK |

## GOVERNMENT'S REQUEST TO EXCEED THE 15-PAGE LIMIT FOR RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT (D.E. 65) PURSUANT TO LOCAL RULE 7.0(d)(1)(B)

The United States of America, through R. Matthew Price, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, files this request to exceed the 15-page limit on the response motion to be filed by the Government on defendant David Platek's motion to dismiss the indictment (D.E. 65) for the following reasons.

1. The defendant on December 3, 2025, filed motions with this Court asking for leave to file motions under Federal Rule of Criminal Procedure 12(b) out of time. (D.E. 57-59.) The Government did not oppose these requests. This Court granted the motions on December 3, 2025. (D.E. 60, 62.) Afterwards, on December 6, 2025, the defendant filed a motion to dismiss the indictment. (D.E. 65.)

2. The Government's response to defendant's motion to dismiss the indictment is currently due to be filed with this Court on or before January 5, 2026.

3. The defendant raises multiple claims within his motion to dismiss, all of which require the Government to respond in detail, as well as provide a thorough discussion and analysis of cases cited by the defendant to provide this Court with adequate factual and legal basis upon which to base its decision.

4. The Government, despite considerable effort, has been unable to prepare a response that adequately and fully addresses all of the defendant's claims without exceeding Local Rule 7.0(d)(1)(B)'s 15-page limit.

Accordingly, for the foregoing reasons, the United States requests that this Court grant the Government's request to *Exceed the 15-Page Limit for Responses Pursuant to Local Rule 7.0(d)(1)(B)* in responding to the defendant's motion to dismiss indictment. (D.E. 65).

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By */s/ Randall D. Eggert*
RANDALL D. EGGERT
Assistant United States Attorney
901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 5, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney