IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 25-CR-03076-RK |
| ) | |
| DAVID WILLIAM PLATEK, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO FILE
### RULE 12.2(B) NOTICE OUT OF TIME

Comes now Defendant, David Platek, by counsel, and respectfully moves this Court for permission to file a Rule 12.2(b) notice.

Defendant submits that this request to file his notice out of time is made in good faith and not to delay the proceedings.

WHEREFORE, Defendant respectfully prays that this Court allow the filing of the Rule 12.2(b) notice out of time.

The government does not oppose this request.

Respectfully submitted,

*/s/ James S. Threatt*
**JAMES S. THREATT (CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL (CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ James S. Threatt*
**JAMES S. THREATT**