IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 25-CR-03076-RK |
| ) | |
| DAVID WILLIAM PLATEK, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO FILE EXPERT DISCLOSURE UNDER SEAL

Comes now Defendant, David William Platek, by and through his counsels of record, Rebecca M. Abel and James S. Threatt, hereby moves the Court for permission to file the Defendant's Expert Disclosure under seal.

Defendant is requesting to file under seal because the Expert Disclosure contains sensitive information.

WHEREFORE, due to the sensitive nature of the disclosure, counsel for Defendant respectfully requests that permission be granted to file under seal.

*/s/ Rebecca M. Abel*
**JAMES S. THREATT (CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL (CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Rebecca M. Abel*
**REBECCA M. ABEL**