# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-03076-01-CR-S-RK |
| DAVID WILLIAM PLATEK, | |
| Defendant. | |

## MOTION TO FILE UNDER SEAL

The United States of America, by and through its undersigned attorneys, hereby moves the Court for permission to file the Government's Motion for Discovery Pursuant to Fed. R. Crim. P. 16(b)(1)(C); for a Mental Evaluation Pursuant to Fed. R. Crim. P. 12.2(c)(1)(B); and for Removal from the February 9, 2026, Trial Docket Pursuant to Fed. R. Crim. P. 12.2(b) under seal in the above-referenced matter. The motion contains sensitive information not appropriate for publicly-filed documents.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By: */s/ Randall D. Eggert*
RANDALL D. EGGERT
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
(417) 831-4406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 16, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney
