IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 25-CR-03076-RK |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant David Platek, through counsel, respectfully requests a 10-day extension of time up to and including Friday, January 30, 2026, in which to file his reply in support of Defendant's Motion to Dismiss the Indictment (Dkt. 65). In support, counsel for the Defendant offers the following suggestions:

1. Defendant filed the Motion to Dismiss on December 6, 2025. (Dkt. 65.)

2. The government received two extensions to file its opposition to the Motion to Dismiss, for a total additional period of two weeks. (Dkts. 68, 75.) The Opposition was filed on January 5, 2026. (Dkt. 80.)

3. The government's opposition is 42 pages long and its arguments are significant in nature, requiring thorough research, discussion, and analysis to prepare an appropriate reply. (Dkt. 80.)

4. Defense counsel has spoken to counsel for the government, who has no

objection to the time extension request.

5. No previous extensions have been requested by the Defendant.

6. This request for an extension of time is not made to vex either the Court or the government, but simply to provide the defense with adequate time to prepare an appropriate response and provide the government's opposition with a meaningful review.

WHEREFORE, the Defendant respectfully requests that an extension of time, up to and including, Friday, January 30, 2026, be granted to submit its reply in support of the defense motion to dismiss. (Dkt. 65.)

Respectfully submitted,

*/s/ James S. Threatt*
**JAMES S. THREATT (CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL (CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ James S. Threatt*
**JAMES S. THREATT**