IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 25-CR-3076-RK |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE OPPOSITION UNDER SEAL

Comes now Defendant, David William Platek, and for his Motion for Leave to File, Under Seal, his Opposition to the Government's Motion for a Mental Evaluation; and for Removal from the March 16, 2026 Trial Docket, respectfully submits the following.

Defendant is requesting to file under seal because the Opposition contains sensitive information.

WHEREFORE, due to the sensitive nature of the Opposition, counsel for Defendant respectfully requests that permission be granted to file the Opposition under seal. Counsel for the government does not oppose this motion.

Respectfully submitted,

*/s/ James S. Threatt*
**JAMES S. THREATT**
**(CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL**
**(CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854

February 10, 2026    Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th of February, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

                                  */s/ James S. Threatt*
                                  JAMES S. THREATT