IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cr-03076-RK-1 |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 28, 2026, Chief Magistrate Judge Willie J. Epps, Jr. issued his Report and Recommendation, (Doc. 106), concluding that the Court should deny Defendant David W. Platek's motion to suppress evidence, (Doc. 63). Defendant Platek filed objections. (Doc. 120).

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), including a review of the applicable law and Defendant's objections, the Court accepts the findings and recommendations made by Chief Magistrate Judge Willie J. Epps, Jr. in full. Accordingly, the Court **ORDERS** that:

(1) the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr., (Doc. 106), is **ADOPTED**;

(2) Defendant's objections, (Doc. 120), are **OVERRULED**; and

(3) Defendant's motion to suppress evidence, (Doc. 63), is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 18, 2026