IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 6:25-cr-03076-RK-WJE |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE DEADLINE

Comes now Defendant, David William Platek, by counsel, James S. Threatt and Rebecca M. Abel, respectfully requests a 2-week extension of time up to and including Wednesday, March 11, 2026, in which to file his Objections to Report and Recommendations (Dkt. 119). In support, counsel for the Defendant offers the following suggestions:

1. Defendant filed the Motion to Dismiss on December 6, 2025. (Dkt. 65.)

2. The government filed a 42-page opposition on January 5, 2026. (Dkt. 80.)

3. The defense replied on February 6, 2026. (Dkt. 113.)

4. The Court issued its report and recommendations as to the motion to dismiss on February 11, 2026. (Dkt. 119.)

5. Defense counsel needs additional time to review and consider the report and recommendations in order to prepare objections.

Specifically, the defense needs additional time to research the case law cited and to present written objections to the district court.

6. Defense counsel has spoken to counsel for the government, who has no objection to the time extension request.

7. This request for an extension of time is not made to vex either the Court or the government, but simply to provide the defense with adequate time to prepare objections and provide the report and recommendations with a meaningful review.

WHEREFORE, Defendant, David William Platek, respectfully requests that an extension of time, up to and including, Wednesday, March 11, 2026, be granted to submit its Objections to the Report and Recommendations on the Motion to Dismiss.

Respectfully submitted,

*/s/ Rebecca M. Abel*
**REBECCA M. ABEL**
**(CA No. 298604/MO V2333)**
**JAMES S. THREATT**
**(CA No. 325317/MO No. V2332)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

February 25, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Rebecca M. Abel*
**REBECCA M. ABEL**