**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cr-03079-MBB |
| | ) | |
| DAVID WILLIAM PLATEK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 11, 2026, Chief Magistrate Judge Willie J. Epps, Jr. issued a Report and Recommendation (**Doc. 119)** recommending that the Court deny Defendant David William Platek's motion to dismiss (**Doc. 65**). Judge Epps ordered that objections were due by February 25. (**Doc. 119**). Defendant filed a motion to continue the objections deadline. (**Doc. 129**). Judge Epps granted Defendant's motion and ordered that objections were due by March 11. (**Doc. 130**). Defendant filed objections on March 12. (**Doc. 132**).

"The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." **FED. R. CRIM. P. 59(b)(3)**. After an independent, de novo review of Defendant's objections, the applicable law, and the parties' arguments, pursuant to 28 U.S.C. § 636(b)(1), the Court fully accepts the findings and recommendation made by Judge Epps.

Accordingly, it is **ORDERED** that Defendant's objections (**Doc. 132**) are **OVERRULED**.

It is further **ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr. (**Doc. 119**) is **ADOPTED** in full and attached to and made part of this Order.

It is further **ORDERED** that Defendant's motion to dismiss (**Doc. 65**) is **DENIED** for the reasons set forth in the Report and Recommendation.

      **IT IS SO ORDERED**.

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated:  April 3, 2026