# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DAVID WILLIAM PLATEK,

        Defendant.

**Case No. 25-03076-01-CR-RK**

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE

The United States of America, by and through its undersigned counsel, respectfully requests the Court continue the pretrial conference in this case currently set for June 9, 2026, to June 18, 2026.  In support, counsel for the United States offers the following suggestions:

1.     The defendant's trial date is currently set for July 6, 2026, and his pretrial conference date is set for June 9, 2026.

2.     On April 27, 2026, the District Judge, assigned to this case, issued an order granting the defendant's request for a Pre-Plea Presentence Investigation Report to be prepared. (D.E. 135.) On the same day, the District Court provided notice that the defendant's plea and sentencing hearing would be held on September 9, 2026. (D.E. 136.)

3.     A plea agreement has been negotiated between the Government and the defendant, and it is anticipated that the defendant will plead guilty and will be sentenced on September 9, 2026.

4.     It is further anticipated that the parties will request that the Court continue the trial date to the December joint criminal trial docket to allow the District Court to hold the sentencing hearing on September 9, 2026. The defendant's counsels intend to discuss the issue with

their client and they, or the Government, will file a motion to continue the July 6, 2026, trial date before June 18, 2026, the requested new pretrial conference date.

5.      The government has communicated with defense counsel who have no objections to this motion.

WHEREFORE, the United States respectfully requests that the pretrial conference in this case currently set for June 9, 2026, be continued to June 18, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By      */s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney
500 Hammons Tower
901 St. Louis Street
Springfield, Missouri 65806
(417) 831-4406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June 5, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney

-2-