**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **Case No. 25-CR-03076-MBB-1** |
| **DAVID WILLIAM PLATEK,** | |
| Defendant. | |

## DEFENDANT'S MOTION TO ADVANCE DATE FOR CHANGE OF PLEA AND SENTENCING

The defendant, David Platek, by and through undersigned counsel, hereby moves this Court for an order advancing the date for change of plea and sentencing from September 9, 2026 to August 20, 2026. The government does not oppose this request and is available on August 20.

1. On April 27, 2026, the Court set a change of plea and sentencing hearing for September 9, 2026. That order requires sentencing memoranda to be filed 10 days before the hearing, with each side also afforded five business days to respond to any requests for variances made by opposing counsel.

2. On June 3, 2026, the Probation Officer assigned to this matter informed defense counsel that the final Pre-Sentence Investigation Report will be filed on July 28, 2026.

3. By this motion, the defense asks the Court to advance the hearing for the change

1

of plea and sentencing to August 20, 2026. The parties would respectfully request that, consistent with the initial briefing schedule ordered by the Court, any sentencing positions be filed no later than August 6 and any responses be filed no later than August 13.

Respectfully submitted,

/s/ James S. Threatt
**JAMES S. THREATT (CA No. 325317/MO No. V2332)**
**REBECCA M. ABEL (CA No. 298604/MO V2333)**
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-2854
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

/s/ James S. Threatt
James S. Threatt

2