# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,     )
                         )
            Plaintiff,     )
                         )
vs.                            )          No. 25-CR-3076-MBB-WJE
                         )
DAVID WILLIAM PLATEK,      )
                         )
           Defendant.    )

## MOTION FOR LEAVE TO FILE OPPOSITION UNDER SEAL

Comes now Defendant, David William Platek and, with respect to his Position Regarding Sentencing, respectfully submits the following.

Defendant is requesting to file under seal because the Position Regarding Sentencing contains sensitive information.

WHEREFORE, due to the sensitive nature of the Position Regarding Sentencing, counsel for Defendant respectfully requests that permission be granted to file the Position Regarding Sentencing under seal. Counsel for the government does not oppose this motion.

                                    Respectfully submitted,

                                    */s/ James S. Threatt*
                                    **JAMES S. THREATT**
                                    **(CA No. 325317/MO No. V2332)**
                                    **REBECCA M. ABEL**
                                    **(CA No. 298604/MO V2333)**
                                    Deputy Federal Public Defenders
                                    321 East 2nd Street
                                    Los Angeles, CA 90012
                                    (213) 894-2854

August 11, 2026                         Attorneys for Defendant

1

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of August, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ James S. Threatt*
JAMES S. THREATT

2